# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

EMELDA MINGO

NO. 2024 KW 0474

**AUGUST 23, 2024**

---

In Re:     Emelda Mingo, applying for supervisory writs, 22nd
           Judicial District Court, Parish of St. Tammany, No.
           590889.

---

**BEFORE:     GUIDRY, C.J., PENZATO AND STROMBERG, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a file-stamped copy of the "Motion to Amend or Modify Sentence," the district court's ruling, thereon, the bill of information, the commitment order, the guilty plea transcript, pertinent district court minutes, or any other documentation that would support the claims set out in the writ application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, she may do so without the necessity of obtaining a return date. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**JMG**
**AHP**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT